**John A. KEY, Plaintiff,**

**Jo Ann Carlson, Surviving Trustee of the John A. Key Revocable Trust, Appellant,**

v.

**Roy McMAHON, et al., Respondent.**

**No. WD 64065.**

Missouri Court of Appeals, Western District.

May 3, 2005.

Elvin S. Douglas, Jr., Harrisonville, for Appellant.

Alan J. Stecklein, Kansas City, KS, for Respondent.

Before EDWIN H. SMITH, Presiding Judge, PAUL M. SPINDEN, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

Appellant Carlson appeals the judgment of the trial court finding that disputed tax sales of real property were valid. We have reviewed the briefs of the parties and the record on appeal, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Rule 84.16(b).

**Darius W. SEWELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 63978.**

Missouri Court of Appeals, Western District.

May 3, 2005.

Weldon W. Perry, Jr., Lexington, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HOLLIGER, P.J., BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM.

Darius W. Sewell appeals the denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).